IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| George Topovski, | ) | C.A. NO. 4:12-cv-01765-RBH |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Wyndham Vacation Resort, Inc., d/b/a | ) | **ORDER** |
| Wyndham Ocean Boulevard, a/k/a | ) | |
| Wyndham Ocean Boulevard Resort, | ) | |
| | ) | |
| Defendant/Third-Party Plaintiff. | ) | |
| | ) | |
| v. | ) | |
| Shield Waterproofing & Restoration, Inc., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |
| | ) | |

Pending before the Court is Defendant/Third-Party Plaintiff's [73] Motion to Compel which was filed on January 13, 2014. The motion seeks an Order from this Court compelling the plaintiff to fully and completely respond to the Defendant's Interrogatory No. 10 and Request for Production of Documents No. 15 that were served upon the plaintiff on June 29, 2012.

The plaintiff was given adequate time to respond to the motion; however, no memorandum in opposition or response has been filed. Therefore, for the reasons set forth in the defendant/third-party plaintiff's motion and for good cause shown the motion to compel IS HEREBY GRANTED.[1] The Plaintiff is hereby ORDERED to provide the defendant/third-party plaintiff with the above listed information within five (5) days after the filing of this order.

---

[1] The Court notes that Local Rule 7.08 (D.S.C.) provides that "[h]earings on motions may be ordered by the Court in its discretion. Unless so ordered, motions may be determined without a hearing."

**IT IS SO ORDERED.**

 s/R. Bryan Harwell
R. Bryan Harwell
United States District Judge

March 10, 2014
Florence, South Carolina